UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-8522-CIV-SEITZ/GARBER

INTEGRATED BROADCAST SERVICES,
INC., f/k/a BYLINE CORPORATION, a
Florida corporation,

        Plaintiff,

v.

JOHN F. SCHAD, JANICE L. SCHAD,
SCHAD BROADCAST ENTERPRISES,
INC., PALO ALTO BROADCASTING
COMPANY d/b/a SMARTS BROADCAST
SYSTEMS, CAMPBELL & COMPANY,
CPA'S, P.C. n/k/a CAMPBELL, HIGGINS
& ASSOCIATES, P.C., CAMPBELL &
ASSOCIATES, P.C. n/k/a CAMPBELL,
HIGGINS & ASSOCIATES, P.C., and
JOHN CAMPBELL,

        Defendants,

v.

A.M. HOCHSTADT,

        Third Party Defendant.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an Order of Reference entered by the Honorable Patricia A. Seitz. Pursuant to such reference it is hereby

ORDERED that a hearing will be held on all referred motions in this cause on Tuesday, May 2, 2000 at 10:00 A.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of April, 2000.

                         BARRY L. GARBER
                         UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
Judge Seitz
Counsel of record