UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-8522-Civ-Seitz/Garber



INTEGRATED BROADCAST SERVICES,
INC., f/k/a BYLINE CORPORATION,
a Florida corporation,

        Plaintiff,

vs.

JOHN F. SCHAD, et al.,

        Defendants.
_____/

## STIPULATION OF THE SCHAD DEFENDANTS AND STEVEN J. MITCHEL WITHDRAWING, WITH PREJUDICE, MOTION FOR SANCTIONS

The Schad Defendants (John F. Schad, Janice L. Schad, Schad Broadcast Enterprises, Inc., and Palo Alto Broadcasting Company) and Steven J. Mitchel, through their respective undersigned counsel, hereby stipulate and agree that the Schad Defendants' Motion for Award of Costs, Attorney's Fees and Sanctions (DE#272 and DE#291) is withdrawn, with prejudice, as against Steven J. Mitchel, with each party to bear his or its own respective costs and attorney's fees in connection with that motion. The Schad Defendants and Mr. Mitchel also respectfully request the Court's entry of the proposed Order, attached as Exhibit A, to approve their stipulation.

Stipulated and agreed to as of this 1st day of June, 2000.

Respectfully submitted.

_____
Brian F. Spector (Florida Bar No. 261234)
Robert D. W. Landon, III (Florida Bar No. 961272)
KENNY NACHWALTER SEYMOUR ARNOLD
   CRITCHLOW & SPECTOR, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
**Attorneys for Steven J. Mitchel**

_____
David W. Langley (Florida Bar No. 518279)
David W. Langley, P.A.
One East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0450
Facsimile: (954) 356-0451
Attorneys for **John F. Schad, Janice L. Schad, Schad Broadcast Enterprises, Inc., and Palo Alto Broadcasting Company**

Case No. 98-8522-Civ-Seitz/Garber

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing Stipulation of the Campbell Defendants and Steven J. Mitchel Withdrawing, With Prejudice, Motion for Sanctions, was served by facsimile and United States mail on June 22, 2000, on the following:

David W. Langley, Esq.
One East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33301

J. Steven Warner, Esq.
5701 North Pine Island Road
Suite 320
Fort Lauderdale, Florida 33321

W. Todd Boyd, Esq.
Katz, Barron, Squitero & Faust, P.A.
2699 South Bayshore Drive
7th Floor
Miami, Florida 33133

And, served by hand-delivery on June 22, 2000, on the following:

Brian F. Spector, Esq.
Kenny Nachwalter Seymour Arnold
  Critchlow & Spector, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, Florida 33131-4327

_____
Robert D. W. Landon, III

125955.1

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-8522-Civ-Seitz/Garber

INTEGRATED BROADCAST SERVICES,
INC., f/k/a BYLINE CORPORATION,
a Florida corporation,

        Plaintiff,

vs.

JOHN F. SCHAD, et al.,

        Defendants.
_____/

## ORDER APPROVING STIPULATION OF THE SCHAD DEFENDANTS AND STEVEN J. MITCHEL WITHDRAWING, WITH PREJUDICE, MOTION FOR SANCTIONS

**THIS CAUSE** is before the Court on the Stipulation of the Schad Defendants (John F. Schad, Janice L. Schad, Schad Broadcast Enterprises, Inc., and Palo Alto Broadcasting Company) and Steven J. Mitchel withdrawing, with prejudice, the Schad Defendants' Motion for Award of Costs, Attorney's Fees and Sanctions (DE#272 and DE#291). Upon consideration of the Stipulation and the entire record in this action, it is hereby

**ORDERED** that the Stipulation is approved and the Schad Defendants' Motion for Award of Costs, Attorney's Fees and Sanctions (DE#272 and DE#291) is deemed to have been withdrawn, with prejudice, as against Steven J. Mitchell, with each party to bear his or its own respective costs and attorney's fees in connection with that motion.

**IT IS FURTHER ORDERED** that neither the Stipulation nor this Order shall have any effect on the Schad Defendants' Motion for Award of Costs, Attorney's Fees and Sanctions (DE#272 and DE#291) as against the plaintiff, Integrated Broadcast Services, Inc., or A.M. Hochstadt.

**DONE AND ORDERED** in Miami, Florida this ____ day of June, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to
all counsel of record

**EXHIBIT A**

125956.1