UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO: 98-8522-CIV-SEITZ/GARBER

INTEGRATED BROADCAST SERVICES,
INC., f/k/a BYLINE CORPORATION,
    a Florida corporation

    Plaintiff,

v.

PALO ALTO BROADCASTING CO.,
d/b/a SMARTS BROADCAST SYSTEMS,
JOHN F. SCHAD, JANICE L. SCHAD,
SCHAD BROADCAST ENTERPRISES,
INC., d/b/a SMARTS BROADCAST SYSTEMS,
CAMPBELL & COMPANY, CPA's, P.C., AND
JOHN CAMPBELL,

    Defendants,

v.

A.M. HOCHSTADT,

    Third Party Defendant.
_____/



FILED by _____ D.C.
SEP 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## COST JUDGMENT  [DE - 418]

THIS CAUSE, having come before this Court on John Campbell and Campbell & company, CPA, P.C.'s ("Campbell Defendants") Motion for Entry of Cost Judgment Against Plaintiff, Integrated Broadcast Services, Inc.("IBS"), and, Albert M. Hochstadt ("Hochstadt"), and this Court having reviewed the Motion, the file and being otherwise advised in the premises it is:

ORDERED AND ADJUDGED that said Motion is hereby granted. That the,



Campbell Defendants, shall recover, jointly and severally, from the Plaintiff, IBS and Third Party Defendant, Hochstadt, the amount of $31,686.62 in costs, that shall bear interest at the rate of 3.59% per annum until paid, for all of which let execution issue.

DONE AND ORDERED at United States District Court, Southern District of Florida, Southern Division this __14th__ day of _September_, 2001.

_____
Honorable Patricia Seitz
United States District Court

copies furnished to:

Counsel for Campbell Defendants
W. Todd Boyd, Esq.
Katz, Barron, Squitero & Faust, P.A.
2699 South Bayshore Drive, #700
Miami, Florida 33133

Counsel for Schad Defendants
David W. Langley, Esq.
David W. Langley, P.A.
One East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

Counsel for Plaintiff
J. Steven Warner, Esq.
5701 North Pine Island Road, #320
Fort Lauderdale, Florida 33321

Mr. Albert Hochstadt
289 Key Palm Road
Boca Raton, Florida 33432

2