UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO: 98-8522-CIV-SEITZ/GARBER

INTEGRATED BROADCAST SERVICES, INC.,
f/k/a BYLINE CORPORATION,
    a Florida corporation

    Plaintiff,
v.

PALO ALTO BROADCASTING CO., d/b/a
SMARTS BROADCAST SYSTEMS, JOHN F.
SCHAD, JANICE L. SCHAD, SCHAD
BROADCAST ENTERPRISES, INC., d/b/a
SMARTS BROADCAST SYSTEMS, CAMPBELL
& COMPANY, CPA's, P.C., AND
JOHN CAMPBELL,

    Defendants,
v.

A.M. HOCHSTADT,

    Third Party Defendant.
_____/



FILED by _____ D.C.
JAN 7 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL

UPON CONSIDERATION of the Stipulation of Dismissal with Prejudice of Plaintiff INTEGRATED BROADCAST SERVICES, INC., f/k/a BYLINE CORPORATION, a Florida corporation, *pro se*, Third-Party Defendant A.M. HOCHSTADT, *pro se*, and Defendants, JOHN CAMPBELL and CAMPBELL & COMPANY, CPA'S, P.C, and the Court having considered the Stipulation, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1.    Any and all matters which were raised or could have been raised in this action are hereby dismissed with prejudice.

2.    Except as otherwise provided by the parties' settlement, the parties shall bear their

own costs and attorney's fees.

3. All Writs of Garnishment previously issued in this matter as to the Cost Judgment rendered in favor of the Campbell Defendants in the amount of $31,686.62 are hereby dissolved.

4. This Court shall retain jurisdiction to enforce the terms, covenants, and conditions of the Stipulation and Agreement of Settlement upon motions duly made.

5. All pending motions related to these parties are denied as moot. [DE-563, 564, 570]

DONE and ORDERED in Miami, Florida, this 6th day of January, 2003.

*[signature]*
United States District Judge
PATRICIA A. SEITZ

Copies Furnished to:
A.M. Hochstadt     fax 561-391-5493
David W. Langley, Esq.   fax 954-356-0451
W. Todd Boyd, Esq.   fax 305-285-9227
J. Steven Warner, Esq.   fax 561-694-9647